IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRENDALYN C. NICHOLAS,**     )<br>     **Plaintiff,**                            )<br>                                                )<br>**v.**                                         )<br>                                                )<br>**MOBILE INFIRMARY ASSOCIATION,** )<br>*et al.*,                                     )<br>     **Defendants.**                       ) | **CIVIL ACTION: 1:20-00021-KD-N** |

**ORDER**

This matter is before the Court on the parties' notice of settlement.

Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **forty-five (45) days** of the date of this Order should the settlement agreement not be consummated.

Each party shall bear her, his, or its own costs, expenses, and attorneys' fees in conjunction with the terms of the settlement agreement.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the **14th** day of **July 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**